DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States of America



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| $177,844.68 IN UNITED STATES CURRENCY, | ) Case No: 2:13-CV-100-JCM-(GWF) |
| $296,746.66 IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |

### GOVERNMENT'S MOTION TO UNSEAL AND LIFT STAY

On January 18, 2013, the United States of America, filed its forfeiture complaint, *in rem*, in the above-captioned case, and contemporaneously filed its motion to stay and seal these proceedings. Among the reasons posited by the Government in its request to seal and stay was protecting the integrity and viability of any contemporaneous criminal investigation as it relates to the principals and/or subject matter as identified and described in that civil forfeiture complaint. This Court granted the motion to seal and stay on January 24, 2013.

Without waiving, or commenting further, on the viability of a criminal case against any or all of the principals in this civil forfeiture action, the United States represents that it has no further

objection to unsealing this case; nor does it object to the stay being lifted and the case moving forward.

WHEREFORE, for the reasons, discussed above, the United States requests that the above-captioned case be unsealed and that the stay be lifted so that any putative claimant(s) be served and that the case, if opposed by a legitimate claimant (or claimants), progress(es).

Respectfully submitted this 21st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Michael A. Humphreys*

MICHAEL A. HUMPHREYS
Assistant United States Attorney

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:   January 23, 2014**