DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CV-100-JCM-(GWF) |
| $177,844.68 IN UNITED STATES CURRENCY, | ) |
| $296,746.66 IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |

**UNITED STATES OF AMERICA'S MOTION TO STRIKE THE COMPUTER GENERATED DISCOVERY PLAN/SCHEDULING ORDER DUE BY MAY 15, 2014, FROM THE NOTICE OF ELECTRONIC FILING IN ECF NO. 18**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking the Computer Generated Discovery Plan/Scheduling Order due by May 15, 2014, from the Notice Of Electronic Filing in ECF No. 18. Answer to Complaint (ECF No. 18) in Forfeiture.

. . .

The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules. A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1. "[I]n forfeiture…actions, no discovery plan is required." LR 16-1.

On April 4, 2014, the United States contacted David L. McGee, attorney for CHARLES BURTON RITCHIE, ZIW, LLC, STEPHANIE RITCHIE, and BENJAMIN E. GALECKI, who objected to this Motion. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

DATED this 2nd day of May, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Michael. A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: May 5, 2014

2

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Motion on May 2, 2014, by the below identified method of service:

CM/ECF:

David L. McGee
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502
dlm@beggslane.com
Attorney for Charles Burton Ritchie,
ZIW, LLC, Stephanie Ritchie, and
Benjamin J. Galecki

Craig S. Denney
Snell & Wilmer LLP
50 W. Liberty St. Ste. 510
Reno, NV 89501
cdenney@swlaw.com
Attorney for Charles Burton Ritchie,
ZIW, LLC, Stephanie Ritchie, and
Benjamin J. Galecki

/s/ Ray Southwick
RAY SOUTHWICK
Forfeiture Support Associates Paralegal