**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $177,844.68 in UNITED STATES ) <br> CURRENCY, ) <br> ) <br> and ) <br> ) <br> $296,746.66 in UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 2:13-cv-00100-JCM-GWF <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that all discovery in this action is temporarily stayed pending the Court's ruling on Plaintiff's sealed Motion to Stay Discovery (#29) currently set for hearing on July 28, 2014.

DATED this 8th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge