# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiffs, ) | Case No.: 2:13-cv-100-JCM-GWF |
| vs. ) | **ORDER** |
| $177,844.68 in UNITED STATES CURRENCY, ) | **Motion to Compel (#31)** |
| and ) | |
| $296,746.66 in UNITED STATES CURRENCY, ) | |
| Defendants. ) | |

This matter is before the Court on the Claimants' Motion to Compel Production of Documents (#31) filed June 24, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Claimants' Motion to Compel Production of Documents (#31) is **denied,** without prejudice, in view of the Court's order granting the Motion to Stay discovery for a period of 90 days.

DATED this 15th day of August, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge