# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>$177,844.68 in UNITED STATES CURRENCY,<br><br>and<br><br>$296,746.66 in UNITED STATES CURRENCY,<br><br>        Defendants. | Case No.: 2:13-cv-00100-JCM-GWF<br><br>**Consolidated Case:**<br>Case No.: 2:13-cv-00947-JCM-GWF<br><br>**ORDER**<br><br>**Requests to Stay Discovery** |

This matter is before the Court on the United States' Ex Parte Second Request to Stay Discovery, Docket No. 51 in Case No. 2:13-cv-100-JCM-GWF, and Docket No. 45 in Case No. 2:13-cv-947-JCM-GWF. The Government has filed its Request under seal, and asks that it remain sealed, and apparently asks the Court to further stay discovery in these actions without affording the Claimants an opportunity to respond.

On August 15, 2014, the Court granted the Government's prior motion to stay discovery in these actions through November 17, 2014. *See Order (#46)* in Case No. 2:13-cv-100-JCM-GWF. Prior to that order, the Court directed the Government to file and serve redacted versions of its motions for stay on the Claimants and thereafter conducted a hearing on the Government's motion. The Claimants are also entitled to an opportunity to respond to the Government's Second Request to Stay Discovery. The information set forth in the Government's Second Request to Stay Discovery and in the attached Affidavit of Special Agent Robert Norris does not appear, by and large, to constitute confidential information whose disclosure to the Claimants or public would

prejudice ongoing criminal prosecutions or investigations.  The Court will, however, give the Government the opportunity to file a publicly available motion for a continuance of the stay of discovery in these actions and to request leave to file under seal information in support of the motion that actually does disclose confidential information regarding the status of ongoing criminal investigations.   Accordingly,

**IT IS HEREBY ORDERED** that the United States' Ex Parte Second Request to Stay Discovery, Docket No. 51 in Case No. 2:13-cv-100-JCM-GWF, and Docket No. 45 in Case No. 2:13-cv-947-JCM-GWF are **denied**, without prejudice.  The Government may file an unsealed motion to continue the stay of discovery in these actions in accordance with the foregoing provisions of this order.

DATED this 20th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge