# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>$1,002,327.00 in UNITED STATES CURRENCY,<br><br>and<br><br>$296,746.66 in UNITED STATES CURRENCY,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-00100-JCM-GWF<br>Case No.: 2:13-cv-00947-JCM-GWF<br><br>**ORDER**<br><br>Motion to Continue - #51<br>Motion to Continue - #58 |

　　　　This matter is before the Court on Plaintiff United States' Unopposed Motion to Continue Discovery Hearing (#58), filed in case no. 2:13-cv-100-JCM-GWF on December 11, 2014.  This matter is also before the Court on Plaintiff United States' Unopposed Motion to Continue Discovery Hearing (#51), filed in case no. 2:13-cv-947-JCM-GWF on December 11, 2014.

　　　　The motions are identical.  In both, the Plaintiff represents that counsel will be out of town at the time of the scheduled hearing, and requests a continuance.  Opposing counsel has no objection.  Plaintiff has shown good cause for this continuance.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that Plaintiff United States' Unopposed Motion to Continue Discovery Hearing (#58) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff United States' Unopposed Motion to Continue Discovery Hearing (#51) is **granted**.

. . .

. . .

**IT IS FURTHER ORDERED** that the joint hearing will be rescheduled for **January 6, 2015 at 3:00 PM**.

DATED this 15th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge