UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-CV-100 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| $177,844.68 IN UNITED STATES CURRENCY, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff United States of America's (hereinafter "plaintiff") motion to amend complaint. (Doc. # 67). Claimants Charles Burton Ritchie, Stephanie Ritchie, Benjamin Galecki, and ZIW, LLC (collectively "claimants") filed a response. (Doc. # 68). Plaintiff did not file a reply, and the deadline to reply has now passed.

In their response to plaintiff's motion, claimants state that they have no objection to the granting of plaintiff's motion. (Doc. # 68). Further, the court finds that the reasoning set forth in plaintiff's motion supports allowing plaintiff to file an amended complaint. Plaintiff attaches a proposed amended complaint to its motion in accordance with Local Rule 15-1(a). (Doc. # 67-1).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff United States of America's motion to amend complaint, (doc. # 67), be, and the same hereby is, GRANTED.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that plaintiff shall file its amended complaint, (doc. # 67-1),
2  on the docket within seven (7) days of the entry of this order.
3    DATED March 30, 2015.

_____
UNITED STATES DISTRICT JUDGE