**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$1,002,327.00 IN UNITED STATES CURRENCY seized from Fidelity Investment Account No. xxxxx9730;<br><br>$46,173.56 IN UNITED STATES CURRENCY seized from Bank of America Account No. xxxxxxx3971;<br><br>$39,451.60 in UNITED STATES CURRENCY seized from Gulf Coast Community Bank Account No. xxxxxx4690;<br><br>$296,746.66 IN UNITED STATES CURRENCY seized from Gulf Coast Community Bank Account No. xxxxxx5034;<br><br>$177,844.68 IN UNITED STATES CURRENCY seized from Gulf Coast Community Bank Account No. xxxxxx4740;<br><br>2012 Ford F-250 truck, VIN: 1FT7W2BT1CEC44330; and<br><br>2011 Chevrolet 3500 Express Van, VIN: 1GB3G3CG9B1113885<br><br>  Defendants. | 2:13-CV-100-JCM-(GWF)<br>2:13-CV-947-JCM-(GWF) |

**AMENDED ORDER FOR SUMMONSES AND WARRANTS OF ARREST IN REM FOR THE PROPERTY AND NOTICE**

An Amended Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America ("United States") pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Fed. R. Civ. P. Supp. Rule") G.  The Court, having reviewed the Amended Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue Summonses and Warrants of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Amended Summonses and Warrants of Arrest in Rem for the Property issue against the $1,002,327.00 in United States Currency seized from Fidelity Investment Account No. xxxxx9730; $46,173.56 in United States Currency seized from Bank of America Account No. xxxxxxx3971; $39,451.60 in United States Currency seized from Gulf Coast Community Bank Account No. xxxxxxx4690; $296,746.66 in United States Currency seized from Gulf Coast Community Bank Account No. xxxxxx5034; $177,844.68 in United States Currency seized from Gulf Coast Community Bank Account No. xxxxxx4740; 2012 Ford F-250 Truck, VIN: 1FT7W2BT1CEC44330; and 2011 Chevrolet 3500 Express Van, VIN:1GB3G3CG9B1113885 ("property");

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States seizes, arrests, attached, takes into custody, and retains property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Amended Complaint for Forfeiture In Rem, this Amended Order, the Amended Summonses and Warrants of Arrest in Rem for the Property, and the Notice of Amended Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end

of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific interest in the property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Amended Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on Michael A. Humphreys, Assistant United States Attorney, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED April 7, 2015.

_____
UNITED STATES DISTRICT JUDGE