# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>$177,844.68 in UNITED STATES CURRENCY,<br><br>and<br><br>$296,746.66 in UNITED STATES CURRENCY,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-00100-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the Stipulated Motion to Continue Discovery Hearing (#95) filed May 11, 2015. Upon review and consideration,

**IT IS ORDERED** that the Stipulated Motion to Continue Discovery Hearing (#95) is **granted**. The Discovery Hearing is continued to **Monday, June 8, 2015 at 9:30 a.m. in Courtroom 3A.**

DATED this 12th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge