# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>$177,844.68 in UNITED STATES CURRENCY,<br><br>and<br><br>$296,746.66 in UNITED STATES CURRENCY,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-00100-JCM-GWF<br><br>**Consolidated Cases:**<br>Case No.: 2:13-cv-00947-APG-CWH<br>Case No.: 2:15-cv-00350-APG-CWH<br><br>**ORDER** |

This matter is before the Court on the United States' Motion to Stay Civil Proceedings (#129), filed on October 21, 2015. The United States filed a Notice of Consent (#129) on behalf of Defendants on October 21, 2015.

In light of the indictments in the District of Nevada and the Eastern District of Virginia, which involve the same conduct as in this matter, the Court grants the Motion to Stay (#129). These proceedings shall be stayed until further order of the Court. The Parties are hereby ordered to advise the Court if a resolution in the criminal matters will also resolve the issues in this case. The Parties shall file a status report regarding the stay no later than **April 25, 2016**.

**IT IS SO ORDERED.**

**DATED** this 23rd day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge