UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff(s),<br><br>      v.<br><br>$177,844.68 IN UNITED STATES CURRENCY, et al.,<br><br>                                  Defendant(s). | Case No. 2:13-CV-100 JCM (GWF)<br><br>ORDER |

Presently before the court are the government's objections to Magistrate Judge Foley's order denying the government's motion to quash the subpoena of Dr. Authur Berrier. (Doc. #117).

After the government filed its objections, the court stayed all proceedings in this action in light of similar indictments in the District of Nevada and the Eastern District of Virginia, which involve the same conduct as in this matter. (Doc. #131). The parties were ordered to advise the court if a resolution in those criminal matters will also resolve the issues in this case. (*Id.*) Therefore, the government's objections are denied without prejudice. Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule IB 3-1, the government may refile this motion within 14 days if and when the stay is lifted and these proceedings recommence.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's objections to Magistrate Judge Foley's order denying the government's motion to quash the deposition subpoena of Dr. Authur Berrier (doc. #117), be, and the same hereby are, DENIED without prejudice.

DATED February 3, 2016.

_____
UNITED STATES DISTRICT JUDGE