CARRIE L. PARKER
Nevada Bar No. 10952
SNELL & WILMER L.L.P.
50 W. Liberty Street, Ste. 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: cparker@swlaw.com

DAVID L. MCGEE
*(Pro Hac Vice Application Forthcoming)*
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: 850-432-2451
Facsimile: 850-469-3331
Email: dlm@beggslane.com

*Attorneys for Claimants Charles Burton Ritchie,
ZIW LLC, Stephanie Ritchie and Benjamin E. Galecki*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Case No. 2:13-CV-100-JCM-GWF |
| Plaintiff, | |
| v. | |
| $177,844.68 in UNITED STATES CURRENCY, | |
| $296,746.66 in UNITED STATES CURRENCY, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEY

Claimants Charles Burton Ritchie, ZIW LLC, Stephanie Ritchie and Benjamin E. Galecki ("Claimants"), hereby substitute CARRIE L. PARKER, 50 W. Liberty Street, Suite 510, Reno, Nevada, 89501, (775) 785-5440, as attorney of record in place and stead of CRAIG S. DENNEY.

1 | DATED: January 31, 2016

_____
CHARLES BURTON RITCHIE

3 | DATED: January 31, 2016

_____
ZIW LLC

5 | DATED: January 31, 2016

_____
STEPHANIE RITCHIE

7 | DATED: January 31, 2016

_____
BENJAMIN E. GALECKI

I am local counsel for Claimants. On January 15, 2016, I was selected to serve as an administrative law judge with Social Security Administration with a start date of February 8, 2016. I have discussed my departure of the firm and my inability to continue as his counsel in this criminal case. Claimants consent to attorney Carrie Parker at Snell & Wilmer to substitute in for me as his new counsel.

I consent to the above substitution.
DATED: Feb. 7, 2016

_____
CRAIG S. DENNEY

I am duly admitted to practice in this District.
Above substitution accepted.
DATED: Feb. 16, 2016

_____
CARRIE L. PARKER

Please check one: ___ RETAINED, or ___ APPOINTED BY THE COURT.

APPROVED:

DATED   February 19  , 2016

_____
GEORGE W. FOLEY, JR.
United States Magistrate Judge